427 A.2d 1224

Commonwealth v. Cugini, Appellant.

Submitted September 13,

---

* Judge Donald E. Wieand is sitting by special designation. Judge Maurice Louik, of the Court of Common Pleas of Allegheny County, Pennsylvania, is sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.

1979. Norman M. Abrams, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.